UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**JANE DOE** (pseudonym for Zohra Salehi MD),
Plaintiff,
v.
**Hartford Hospital et al.,**
Defendants

JUN 13 2025 PM 3:10
FILED-USDC-CT-HARTFORD

Civil Action No.:

**PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM AND TO SEAL PERSONALLY IDENTIFIABLE INFORMATION**

**NOW COMES** Plaintiff, Zohra Salehi MD, by and through her undersigned counsel, and respectfully moves this Court pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure and the Court's inherent authority to permit her to proceed in this matter under the pseudonym **"Jane Doe"**, and to **seal or redact documents** containing personally identifiable or sensitive medical information, including her true name and any related references. In support of this motion, Plaintiff states as follows:

### 1. Introduction and Nature of Relief Sought

Plaintiff brings this action asserting claims under, inter alia, the Americans with Disabilities Act (ADA), Title VII of the Civil Rights Act, and the Rehabilitation Act. This case involves deeply personal and sensitive facts, including Plaintiff's protected health information and claims of discrimination and retaliation in the workplace.

To protect her privacy and avoid potential stigma, embarrassment, and professional harm, Plaintiff respectfully requests that she be permitted to proceed under the pseudonym **"Jane Doe"** and that her personally identifiable and sensitive medical information be filed under seal or redacted as appropriate.

### 2. Legal Standard

Federal courts may allow a party to proceed under a pseudonym in limited circumstances where privacy interests outweigh the public's presumptive right of access to judicial proceedings. Courts apply a balancing test, evaluating factors such as:

- Whether the case involves sensitive personal or medical information;

- Whether identification would pose a risk of harm or retaliation;
- The public interest in disclosure; and
- Whether the opposing party would be prejudiced (see *Doe v. Frank*, 951 F.2d 320 (11th Cir. 1992); *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185 (2d Cir. 2008)).

### 3. Grounds for Proceeding as "Jane Doe"

Plaintiff satisfies the relevant criteria:

- The complaint includes sensitive medical information regarding adverse reactions to COVID-19 vaccination, mental and physical health issues, and reproductive concerns.
- Disclosure of her identity would expose her to stigma, professional harm, and potential retaliation, particularly given the ongoing nature of her medical career.
- Plaintiff is a licensed physician, and public disclosure of private medical and employment disputes could significantly impact her career and future employment prospects.
- Defendants are fully aware of Plaintiff's identity and would suffer no prejudice from her proceeding under a pseudonym.

### 4. Request to Seal or Redact Information

Plaintiff further requests that:

- All court filings referring to Plaintiff's true name be sealed or redacted;
- Medical documentation submitted as exhibits be filed under seal; and
- Any public docket references be limited to "Jane Doe."

### 5. Conclusion

For the reasons stated above, Plaintiff respectfully requests that this Court:

- Permit Plaintiff to proceed under the pseudonym Jane Doe throughout this litigation;
- Seal or redact documents and docket entries containing Plaintiff's personally identifiable or sensitive medical information; and
- Grant such further relief as the Court deems just and proper.

Respectfully submitted,

2

Zohra Salehi MD

6/13/25

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**JANE DOE** (pseudonym for Zohra Salehi MD),
*Plaintiff,*
v.
**Hartford Hospital et al.,**
*Defendants*

Civil Action No. _____

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM AND TO SEAL PERSONALLY IDENTIFIABLE INFORMATION**

Upon consideration of Plaintiff's Motion to Proceed Under Pseudonym and to Seal Personally Identifiable Information and Protected Health Information, and for good cause shown, it is hereby:

**ORDERED:**

- Plaintiff is permitted to proceed in this case under the pseudonym **"Jane Doe"**;
- All court filings shall refer to Plaintiff as "Jane Doe," and any references to Plaintiff's true name or other personally identifiable or sensitive medical information shall be redacted or filed under seal;
- Plaintiff's true name and any documents containing unredacted personal or medical information shall be filed under seal pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure;
- The Clerk of Court is directed to take necessary steps to protect Plaintiff's identity on the public docket, including updating the docket caption to reflect the use of the pseudonym "Jane Doe."

IT IS SO ORDERED.

Dated: _____
Hartford, Connecticut


**United States District Judge**

1