Clerk of Court
United States District Court
DISTRICT OF CONNECTICUT
450 Main Street
Hartford, CT 06103

August 11th, 2025


AUG 14 2025 PM 1:33
FILED-USDC-CT-HARTFORD

**Plaintiff's Request to Issue a Corrected Summons**

**RE: ZOHRA SALEHI MD v. HARTFORD HOSPITAL, ET AL.**

**Case No.: 3:25-CV-00959-SVN**

Dear Clerk of the Court,

    I am writing this letter regarding the electronic summons filed at ECF #26, wherein the plaintiff is listed as *"Zohra Salehi, et al."* It appears that this designation may be incorrect for the following reasons:

1. Per the Amended Complaint at ECF # 15, the plaintiff is listed as "ZOHRA SALEHI MD." However, in the summons issued at ECF #26, "MD" was not included in Plaintiff's name.
2. Further, per the Summons issued at ECF #26, "et al." was also affixed to the Plaintiff's name. As a matter of fact, there are no additional plaintiffs in the case at this moment. Therefore, upon information and belief, there may be no validity for using et al. in the Plaintiff's name in the summons caption.
    a. On an August 8, 2025 telephone call, a clerk at the Hartford division of the court explained that "Jane Doe" was an additional plaintiff in this matter and advised that a motion to amend would be required to change the summons. Pursuant to

the Court's Order at ECF No. 18, the pseudonym "Jane Doe" was formally struck from the case and therefore is longer in use.

It is hereby requested that the Clerk of the Court draft and issue another electronic summons, naming the plaintiff and defendants consistent with what is listed in the Amended Complaint at ECF # 15 as follows:

**Plaintiff: ZOHRA SALEHI MD**

**Defendant(s): HARTFORD HOSPITAL, ET AL.**

This correction would be necessary to eliminate confusion and ensure proper service is performed. In addition, a sample summons document has been included in this mailing for your reference and attached hereto as <u>Exhibit A</u>.

Sincerely,

THE PLAINTIFF,

*/s/ Zoh*

ZOHRA SALEHI, MD
222 Main Street Suite 237
Farmington, CT 06032
Dated: 8/11/25

# EXHIBIT A

# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ZOHRA SALEHI MD**

V.

**SUMMONS IN A CIVIL CASE**

**HARTFORD HOSPITAL, ET AL.**

CASE NUMBER: **3:25-CV-00959-SVN**

TO: **Hartford Hospital, Hartford Healthcare Corporation, Jackson Healthcare, LLC, LT Medical, LLC**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Zohra Salehi
222 Main Street
Suite #237
Farmington, CT 06032**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

____ZOHRA SALEHI MD_____, Plaintiff

V.

Case No. 3:25-CV-00959-SVN

___HARTFORD HOSPITAL, ET AL., ___Defendants

MOTION BY SELF-REPRESENTED LITIGANT TO
PARTICIPATE IN ELECTRONIC FILING

      I am a Plaintiff/Defendant in this civil action. I have filed an appearance as a self- represented litigant, and I hereby request permission to file documents electronically. In so doing, I consent to the court and opposing counsel using my email address, as listed below, for the purpose of sending me electronic notification of orders, notices, and other documents that are filed in my case. I understand that hard copies will no longer be issued by the court or opposing counsel. I understand that if my motion is granted, I must complete the Court's required training class on electronic filing for self-represented litigants and register for a PACER account before I can actually begin filing documents electronically. I certify that I can comply with the following requirements:

- A computer with access to the internet.
- Mozilla Firefox (Version 71.x and higher) or Safari (Version 13.x and higher) or Chrome (Version 78.x and higher) or Microsoft Edge (Version 42.x and higher).
- Adobe Reader (Version 7 or greater).
- Ability to create PDF files.
- An upgraded PACER account.

**ZOHRA SALEHI MD**
Name of Self-represented Litigant

222 Main Street Suite 237
Street Address

Farmington, CT, 06032
City, State, Zip Code

rocklight14@hotmail.com
Email Address

_____8/11/25_____
Date

(860) 904-0971
Telephone

_____ /s/ Zoh _____
Signature

Rev. 11-10-21